IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY STEINHART,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH BARKELA, et al.,<br><br>    Defendants.<br>_____ / | No. C -11-03497 EDL<br><br>**ORDER REGARDING MOTION FOR RECONSIDERATION** |

On May 18, 2012, Plaintiff filed a motion for reconsideration of this Court's order granting in part and denying in part Defendant Madrigal's Motion to Dismiss and noticed it for hearing on July 3, 2012. Dkt. No. 54. This motion is in violation of Local Rule 7-9, which provides that "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion" and sets forth the proper procedure for seeking leave to file a motion for reconsideration. Therefore, Plaintiff's motion is stricken without prejudice to refiling if Plaintiff receives leave of Court after complying with the rule. Defendants need not respond to this motion and the hearing noticed for July 3, 2012 is vacated. Plaintiff must comply with Local Rule 7-9 and properly seek leave to file a motion for reconsideration before the Court will consider any such request.

IT IS SO ORDERED.

Dated: May 23, 2012

                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge