IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY STEINHART,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH BARKELA, et al.,<br><br>    Defendants. | No. C -11-03497 EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 10, 2012, the Court set a case management conference in this case because this case has been idle since June 2012 when the Court issued an order on motions to dismiss filed by Defendants Crespan and Pena, and Defendant Madrigal. The Court ordered the parties to file case management conference statements no later than September 18, 2012. The parties did not file any case management conference statements on September 18, 2012. On September 19, 2012, Plaintiff filed a request for an extension of time to file her case management conference statement and for a continuance of the case management conference. Plaintiff also sought leave to appear telephonically at the case management conference, or any continued case management conference. On September 19, 2012, Defendants Joseph Barkela, Coralee Barkela and the J&B Family Trust filed a case management conference statement. On September 19, 2012, counsel for Defendant Pena informed the Court that he was in trial and therefore unable to file a case management conference statement or appear at the case management conference. On September 20, 2012, Defendant Madrigal informed the Court that a personal issue made it difficult for her to file the case management conference statement and appear at the case management conference.

Given the circumstances of the parties and counsel, the Court continues the case management conference to October 2, 2012 at 10:00 a.m. The parties shall file their case management conference

statements no later than September 26, 2012. The Court cautions the parties that case management conference statements must be timely filed. In addition, Plaintiff is cautioned that she must diligently prosecute this case or the Court will dismiss this action for failure to prosecute. Plaintiff's request to appear by telephone at the case management conference is denied.

IT IS SO ORDERED.

Dated: September 20, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge

2