IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY STEINHART,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH BARKELA, et al.,<br><br>    Defendants.                      / | No. C -11-03497 EDL<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

       On September 10, 2012, the Court set a case management conference in this case because this case has been idle since June 2012 when the Court issued an order on motions to dismiss filed by Defendants Crespan and Pena, and Defendant Madrigal. On September 19, 2012, Plaintiff filed a request for an extension of time to file her case management conference statement and for a continuance of the case management conference. On September 19, 2012, counsel for Defendant Pena informed the Court that he was in trial and therefore unable to file a case management conference statement or appear at the case management conference. On September 20, 2012, Defendant Madrigal informed the Court that a personal issue made it difficult for her to file the case management conference statement and appear at the case management conference.

       In light of the circumstances of the parties and counsel, the Court continued the case management conference from September 25, 2012 to October 2, 2012 at 10:00 a.m. On September 24, 2012, Plaintiff filed a request to continue the case management conference to 12:00 p.m. or later on October 2, 2012 due to a previously scheduled court appearance in Sonoma County Superior Court.

       The Court is hesitant to grant any further continuances in this case, which was filed in July 2011, but in which no pretrial or trial dates have been set. Plaintiff has already requested one

continuance of the case management conference, and the Court cautions her again that she has a duty to prosecute this case diligently or she risks dismissal. However, in the interest of moving this case forward, the Court continues the case management conference to 12:00 p.m. on October 2, 2012.

IT IS SO ORDERED.

Dated: September 26, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge