IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALLY STEINHART,

    Plaintiff,

v.

JOSEPH BARKELA,

    Defendants.

No. 11-03497 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On September 28, 2012, Defendant Pena's counsel filed a request to appear telephonically at the case management conference set for October 2, 2012 at 12:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than noon on October 1, 2012, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: September 28, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge