AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SALLY STEINHART

Plaintiff(s),

v.

JOSEPH BARKELA, et al,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-11-03497 EDL

FILED
MAY 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice is hereby given that, subject to approval by the court, __KATHERINE A GOMEZ MADRIGAL__ substitutes
(Party(s) Name)

__KADIN W BLONSKI, ESQ.__, State Bar No. __244856__ as counsel of record in
(Name of New Attorney)

place of __KATHERINE A. GOMEZ MADRIGAL, pro se__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: KWB LAW

Address: 375 E STREET, SUITE 120, SANTA ROSA, CA, 95404

Telephone: (707) 515-7145   Facsimile (866) 329-0330

E-Mail (Optional):

I consent to the above substitution.

Date: 4/17/2013

*(signed) Katherine A. Gomez Madrigal*
(Signature of Party(s))

I consent to being substituted.

Date: 4/17/2013

*(signed) Katherine A. Gomez Madrigal*
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: April 27, 2013

*(signed)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5-1-13

*(signed)*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]