◆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SALLY STEINHART

          Plaintiff (s),

V.

JOSEPH BARKELA, et al,

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-11-03497 EDL

FILED
MAY 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice is hereby given that, subject to approval by the court, __KATHERINE A GOMEZ MADRIGAL__ substitutes
                                                                                           (Party (s) Name)

__KADIN W BLONSKI, ESQ.__ , State Bar No. __244856__ as counsel of record in
     (Name of New Attorney)

place of __KATHERINE A. GOMEZ MADRIGAL, pro se__ .
                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | KWB LAW |
| Address: | 375 E STREET, SUITE 120, SANTA ROSA, CA, 95404 |
| Telephone: | (707) 515-7145     Facsimile (866) 329-0330 |
| E-Mail (Optional): | |

I consent to the above substitution.

Date: 4/17/2013

*(Signature of Party (s))*

I consent to being substituted.

Date: 4/17/2013

*(Signature of Former Attorney (s))*

I consent to the above substitution.

Date: April 27, 2013

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 5-1-13

*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]