1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY STEINHART, | No. C -11-03497 EDL |
|       Plaintiff, | **ORDER REGARDING ADDITIONAL BRIEFING AND VACATING JUNE 25, 2013 HEARING** |
|   v. | |
| JOSEPH BARKELA, et al., | |
|       Defendants. | |

_____/

On May 16, 2013, the Barkela Defendants filed a Motion for Order Declaring Plaintiff a Vexatious Litigant.  On May 31, 2013, Plaintiff opposed the Motion.  The Barkela Defendants did not file a reply.  The Court requires some additional information in order to rule on the Barkela Defendants' Motion.  Accordingly, no later than June 21, 2013, the Barkela Defendants shall file a declaration and any appropriate supporting evidence containing a list of the state and federal cases that Defendants believe support a finding that Plaintiff is a vexatious litigant.  See De Long v. Hennessey, 912 F.2d 1144, 1147 (9th Cir. 1990) (stating that one of the factors for the court to consider in ruling on a motion to declare a party to be a vexatious litigant is whether there is an adequate record for review, which should include a listing of all cases and motions that led the court to conclude that a vexatious litigant order is needed).  To the extent possible, the declaration and supporting evidence should contain relevant information about the cases, including all of the parties' names, what issues were raised and the outcomes of the cases.  The information in the declaration should be judicially noticeable and/or otherwise admissible.  Plaintiff may file a response of no more

than five pages no later than June 28, 2013.

The June 25, 2013 hearing is vacated.  The Court will inform the parties if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: June 13, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge