IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALLY STEINHART,

    Plaintiff,

v.

JOSEPH BARKELA, et al.,

    Defendants.

No. C -11-03497 EDL

**ORDER FOR FURTHER BRIEFING ON DEFENDANT'S MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT**

    The Court has reviewed the supplemental declaration of William Joost (docket no. 107) and Plaintiff's response (docket no. 108) relating to Defendant's Motion for Order Declaring Plaintiff a Vexatious Litigant. If Plaintiff disputes any of the facts describing the nature of and/or the outcome of any of the Sonoma County Superior Court cases listed in the supplemental Joost declaration, Plaintiff shall file, no later than July 10, 2013, a declaration specifically stating the disputed facts, along with court records (available to her because she was a party to those cases) to support her declaration.

    **IT IS SO ORDERED.**

Dated: July 1, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge