IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY STEINHART,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH BARKELA, et al.,<br><br>      Defendants.<br>_____/ | No. C -11-03497 EDL<br><br>**ORDER FOR FURTHER BRIEFING ON DEFENDANT'S MOTION FOR ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT** |

The Court has reviewed the supplemental declaration of William Joost (docket no. 107) and Plaintiff's response (docket no. 108) relating to Defendant's Motion for Order Declaring Plaintiff a Vexatious Litigant. If Plaintiff disputes any of the facts describing the nature of and/or the outcome of any of the Sonoma County Superior Court cases listed in the supplemental Joost declaration, Plaintiff shall file, no later than July 10, 2013, a declaration specifically stating the disputed facts, along with court records (available to her because she was a party to those cases) to support her declaration.

**IT IS SO ORDERED.**

Dated: July 1, 2013

                                                         ELIZABETH D. LAPORTE
                                                         United States Chief Magistrate Judge