IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY STEINHART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BARKELA,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C -11-03497 EDL<br><br>**ORDER DISMISSING CASE** |

On July 19, 2013, the Court issued an Order Granting the Barkela Defendants' Motion Declaring Plaintiff a Vexatious Litigant. In that Order, the Court required Plaintiff to post security in the amount of $10,000 for costs before Plaintiff would be allowed to take any further action to prosecute this case. See Simulet East Associates v. Ramada Hotel Operating Co., 37 F.3d 573, 574 (9th Cir. 1994) (district courts have the inherent power to require a plaintiff to post security for costs). The Court stated that if Plaintiff failed to post security by August 9, 2013, the Court would dismiss her case. See July 19, 2013 Order at 6.

On August 9, 2013, Plaintiff filed a Motion for Leave to File a Motion for Reconsideration, arguing that there was no substantial evidence to support the Court's July 19, 2013 Order and that the Court failed to follow applicable legal principles in reaching its decision. On August 12, 2013, the Court denied Plaintiff's Motion for Leave to File a Motion for Reconsideration, and gave Plaintiff a second opportunity to post security as required by the Court's July 19, 2013 Order. The Court stated that if Plaintiff failed to post security by August 19, 2013, the Court would dismiss her case. See August 12, 2013 Order at 3.

To date, Plaintiff has failed to post the court-ordered security, and has otherwise failed to communicate with the Court after the Court denied her Motion for Leave to File a Motion for

Reconsideration. Accordingly, Plaintiff's case is dismissed. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 20, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge