1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALLY STEINHART,                                        No. C -11-03497 EDL

          Plaintiff,                                   **JUDGMENT**

   v.

JOSEPH BARKELA, et al.,

          Defendants.
_____/

      This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the

issues have been duly heard and considered and a decision having been fully rendered,

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of February 1,

2012, City Defendants' Motion to Dismiss is granted with leave to amend and Defendant Madrigal's

Motion to Dismiss is granted in part with leave to amend and denied in part; in accordance with the

Court's Order of April 20, 2012, Defendant Police Officers' Motion to Dismiss is granted in part

and denied in part and Defendant Madrigal's Motion to Dismiss is granted in part and denied in part;

in accordance with the Court's Order of January 14, 2013, Defendant Pena's Motion for Summary

Judgment is granted; and in accordance with the Court's Order of August 20, 2013, this case is

dismissed.

    **IT IS SO ORDERED.**

Dated: August 22, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge